**DEPARTMENT OF HEALTH & HUMAN SERVICES**

---

## OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY, DIVERSITY, & INCLUSION
## FORMAL INDIVIDUAL COMPLAINT FORM FOR EMPLOYMENT DISCRIMINATION
### Agency File No.: _____

| FORMAL COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT |
|---|

| | |
|---|---|
| **AUTHORITY:** | 42 U.S.C. 2000e-16(b) and (c); 29 U.S.C. Chapter 14; E.O. 12106. |
| **PURPOSE:** | Used for processing complaints of discrimination based on race, color, national origin, religion, sex, age, physical or mental disability, and/or retaliation by agency civilian employees, former employees, or applicants for employment. |
| **ROUTINE USES:** | Information will be used: (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to general requests for information under the Freedom of Information Act; (b) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (c) to adjudicate a complaint or appeal. |
| **DISCLOSURE:** | Voluntary; however, failure to complete all appropriate portions of this form may lead to dismissal of a complaint on the basis of inadequate data on which to determine if a complaint is acceptable. |

**1. NAME OF COMPLAINANT:**

Yona Openden

**2. HOME ADDRESS AND EMAIL ADDRESS:**

[redacted]

**3a. HOME PHONE NO:**

**3b. WORK PHONE NO:**
410-499-7118

**4. NAME AND ADDRESS OF AGENCY WHERE YOU CURRENTLY WORK:**

Centers for Medicare and Medicaid Services, 7500 Security Blvd.

**5. DO YOU HAVE A REPRESENTATIVE?**

☐ a. YES (Complete Item 6)    ✔ b. NO

**6. IF YES, PROVIDE NAME, ADDRESS, AND PHONE NO. OF REPRESENTATIVE:**

**IS YOUR REPRESENTATIVE AN ATTORNEY?**
☐ YES    ☐ NO

**7a. NAME AND ADDRESS OF AGENCY WHERE ALLEGATION(S) OCCURRED:**

Centers for Medicare and Medicaid Services, 7500 Security Blvd.

**7b. NAME AND TITLE OF MANAGEMENT OFFICIAL RESPONSIBLE FOR THE ALLEGED DISCRIMINATION:**

Ronza Othman
Group Director, EEO Compliance Group

Revised 12/2018

| 8. DATE OF EACH INCIDENT OF ALLEGED DISCRIMINATION: | 9. ARE YOU A BARGAINING UNIT EMPLOYEE? | 10. ARE YOU AN AGENCY EMPLOYEE OR APPLICANT? |
|---|---|---|
| **05/31/2024** | ✔ YES  ☐ NO | ✔ a. EMPLOYEE: TITLE, SERIES, GRADE **Health Insurance Specialist, 0107, GS 13-8**  ☐ b. APPLICANT |

## 11. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (SELECT BELOW):

| | |
|---|---|
| a. RACE (Specify): **Jewish** | e. DISABILITY (Specify): **Physical:** ___ **Mental:** ___ |
| b. COLOR (Specify): | f. AGE (If so, state your Age and Date of Birth): |
| c. RELIGION (Specify): **Jewish** | g. SEX (Specify): |
| d. NATIONAL ORIGIN (Specify): **Israeli** | h. REPRISAL (If so, state date and nature of your participation in an EEO-protected activity or opposition to discriminatory practices due to participating in other protected activities). **On an unknown date, Ms. Othman referred to me an "IDF supporter"** |

| 12a. DID YOU DISCUSS YOUR COMPLAINT WITH AN EEO COUNSELOR? | 12b. IF "YES," NAME OF EEO COUNSELOR: | 12c. DATE YOU FIRST CONTACTED AN EEO COUNSELOR: | 13. DATE RECEIVED NOTICE OF FINAL INTERVIEW/RIGHT TO FILE: |
|---|---|---|---|
| ✔ a. YES (Complete 12b)  ☐ b. NO | Steven Hilburn | 06/27/2024 | 09/11/2024 |

**14. TELL BRIEFLY HOW YOU WERE DISCRIMINATED AGAINST:** Identify the specific incidents or events and dates on which they occurred; *i.e.*, tell how you were treated differently from other employees or applicants because of your race, color, religion, sex, national origin, age, mental or physical disability, or retaliation. See Instructions.

See attached

**15. REMEDY/RESOLUTION:** Please describe the terms, conditions, corrective actions, and remedial relief you are seeking in resolving/adjudicating your complaint.

See attached

| 16. HAVE ANY OF THE INCIDENTS LISTED IN ITEM 14 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB) OR FILED UNDER A NEGOTIATED GRIEVANCE PROCEDURE?  ☐ a. YES Explain. (Include date and case number.)  ✔ b. NO | 17. SIGNATURE OF COMPLAINANT: Yona T. Openden -S  Digitally signed by Yona T. Openden -S Date: 2024.09.24 11:50:48 -04'00' |
|---|---|
| | 18. DATE COMPLAINT SIGNED: **09/24/2024** — 19. DATE COMPLAINT FILED (EEO OFFICE USE): |

**READ INSTRUCTIONS CAREFULLY**

*This form should be used only if you, as an applicant for Federal employment, or a current or former Federal employee, believe you have been discriminated against based on your race, color, religion, sex, sexual orientation, national origin, age, disability, or retaliation by a Federal agency, and have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor, and you have either received your Notice of Final Interview/Right to File Formal or more than thirty (30) calendar days have elapsed from your date of initial contact, and the matter remains unresolved.*

A formal complaint of discrimination must be filed within fifteen (15) calendar days of your, or your attorney's, if applicable, receipt of the Notice of Final Interview/Right to File Formal. You may submit this form electronically via email, or hand-delivery/mail to the email (COI@hhs.gov) or address listed in your Notice of Right to File. It must be postmarked or received on or before the fifteenth (15th) calendar day from your/ your attorney's receipt of the Notice of Final Interview/Right to File Formal. It is your responsibility to keep the EEODI/CCID informed of your current address. Should your address or contact information change, you must notify the office immediately.

In completing this form, it is very important that:

- You provide the date(s) of the alleged discriminatory action(s). Dates are used to determine timeliness, and in accordance with the Equal Employment Opportunity Commission's (EEOC) regulations, an individual must initiate contact with an EEO Counselor within forty-five (45) calendar days of the date the incident(s) occurred or, if a personnel action, within forty-five (45) calendar days of its effective date.
- You state clearly the action(s) which you allege the Department of Health and Human Services took or failed to take that you believe to be discriminatory. What action(s) was taken or not taken that led you to contact an EEO Counselor?
- You focus on the claims(s) raised with the EEO Counselor or like or related claim(s). Your formal complaint should include only those claim(s) on which you were counseled and wish to pursue through the formal complaint process. This may be all or only some of the claim(s) raised during the pre-complaint process. You decide what claim(s) you want to continue to pursue. Claim(s) raised in the formal filing that were not raised with the EEO Counselor or are not like or related to the claim(s) raised can be dismissed or referred for EEO counseling.

EXAMPLE: On September 20, 2005, my immediate supervisor, John Doe, advised me that I was not selected for a GS-14, Attorney position under Vacancy Announcement Number H-05-89. I believe the non-selection was based on my race (Asian) because the selectee, Tom Jones, is White and has less litigation experience than I do. Also, on October 3, 2005, I received a Reprimand from Mr. Doe. I believe the Reprimand was issued in retaliation for initiating this EEO complaint on September 22, 2005. Other employees such as Mary Smith arrive late for work but are not disciplined.

Should you need additional space in completing this form, attachments are permitted. However, please note that it is not necessary or encouraged for you to submit documentary evidence relating to the merits of your complaint with your formal filing. Such information should be provided to an EEO investigator if your complaint is accepted for investigation. If CCID needs additional information or clarification in accepting or dismissing your claim(s), you will be contacted.

Subsequent to filing this formal complaint, you will receive a letter from CCID acknowledging receipt of your complaint and providing you with specific information about your rights and responsibilities. Should you have questions in the interim, please contact your counselor/EEO Specialist.

If any or all of your claims are accepted for investigation, you will be contacted by an EEO investigator. You should cooperate with and present to the investigator all evidence and documentation you have in support of your claim(s) as well as the names of potential witnesses. Should your complaint be dismissed and not accepted for investigation, you will be advised of appropriate appeal rights.

**Description of Discrimination – Response to Item #14 in the Formal Complaint**

**I hereby request class certification for complaints stemming from the dissemination of the below referenced video on May 31, 2024. I will serve as class agent.**

On May 31, 2024, I was discriminated against because of my race, religion and national origin when the Agency disseminated a video in which Ms. Othman, acting in her official capacity as Director of the Equal Employment Opportunity Compliance Group (EEOCG), is wearing a symbol of hate that is severely offensive towards me and other Jewish and Israeli employees at the Agency. Specifically, Ms. Othman was wearing a scarf depicting the entirety of the of the map of Israel covered by a Palestinian flag and a blood-red hand with fingers raised in shape of V.  This image has aggressive, hostile, and symbolic meaning that is synonymous with the killing, lynching and maiming of Jews and Israelis, and is symbolic of the quest for the annihilation of the State of Israel. It is well-known that the blood-red hand has become associated with the glorification of gruesome acts of violence and bloodshed against Jews and Israelis. The gesture of holding fingers up in the shape of a V (for victory) is commonly used by Hamas terror leaders such as Ismael Haniyeh and Yahya Sinwar, the mastermind of the October 7 massacres, who publicly call for the violent destruction of the State of Israel and glorify the brutal murder of Israelis, Jews, and supporters of the State of Israel, including Americans and other nationals.

CMS policy prohibits "any comment or conduct that disparages, denigrates, or demonstrates hostility or aversion towards any person… that could reasonably be interpreted as harassing, offensive, or inappropriate in the workplace." These images are severely inflammatory and offensive, especially given the recent brutal massacre of over 1,200 individuals in Israel on October 7 by the Palestinian terror group Hamas, the over 200 individuals who were taken hostage by Hamas terrorists that day, and the antisemitism displayed across US college campuses over the past months. By publishing this severely "unwelcome offensive or inappropriate behavior in the workplace," the Agency's actions constitute discrimination and harassment which resulted in a hostile work environment for Jewish and Israeli CMS employees, including myself.

The severity of Ms. Othman's actions is made further acute given her role as Director of EEOCG, where she is entrusted with the authority and responsibility to enforce the very same policy she violated. The Agency's conduct "is sufficiently severe as to alter the privileges of the employee's employment," firstly, because of the nature of severely offensive content the Agency published. Secondly, Ms. Othman's behavior creates a conflict of interest, in that it prevents me from seeking redress for this violation by filing a grievance with the office Ms. Othman heads, since I have no faith, as a Jewish person, that she will process my complaint with neutrality. The Agency's actions, by publishing the severely offensive video, create a chilling effect on me and anyone who is Jewish, Israeli or supports Israel's right to exist who may want to initiate an OEO complaint in the future. In fact, Ms. Othman's actions have resulted in the creation of a de-facto two-tiered system for employees who are Jewish, Israeli or support the State of Israel's right to exist, who, unlike the rest of their colleagues, must now turn to the Department (HHS) for redress of any future potential grievance.

**REMEDY/RESOLUTION - Response to Item #15 in the Formal Complaint**

1. Because of her discriminatory behavior, Ms. Othman should resign or be removed from her position as the Director of EEOCG because of her exhibited bias towards the State of Israel, and by extension, her bias towards Jewish and Israeli CMS employees.

2. The Agency should take accountability for the painful impact of its actions and issue a formal statement apologizing for the consequences of publishing this video.

3. Ms. Pinder, Director of the Office of Equal Opportunity & Civil Rights, should ensure that in the future, if an OEO staff member's neutrality is questioned, she should be able to promptly offer clear solutions and processes to address the grievance. She should give credence to the concerns, as opposed to repeatedly downplaying Ms. Othman's actions and stating that Ms. Pinder should be trusted to screen her staff for neutrality.

4. Compensatory damages for pain and suffering to be determined at a later date

5. Attorney fees in the event representation by Counsel is retained, to be determined at a later date

6. CMS should revisit its anti-harassment policy to:

    a. Create specific set of conduct for Office of Equal Opportunity and Civil Rights (OEO) staff

    b. Clearly delineate a process to file if the conflict is with an OEO employee

    c. Clarify with examples violations of the policy not protected by the 1st amendment







DEPARTMENT OF HEALTH & HUMAN SERVICES
Office of the Secretary

Assistant Secretary for Administration
Office of Equal Employment
Opportunity, Diversity and Inclusion
Washington, DC  20201

**EEO Counselor's Report – CCID**

1. Case Number: HHS-HHS-00526-2024
2. Aggrieved Person (AP): Yona Openden
    a. Title/Series/Grade: Health Insurance Specialist, GS-13
    b. Place of Employment: Center for Medicare and Medicaid Services (CMS), 7500 Security Blvd., Baltimore, MD 21244
    c. Work Phone: Not Given
    d. Home Phone: 410-499-7118
    e. Work Email: Yona.Openden@cms.hhs.gov
    f. Home Email: Not given
    g. Home Address: 3402 Shelburne Rd., Baltimore, MD 21207
3. RMO Name: Ronza Othman
    a. Title: Director, EEO Compliance Group, Office of Equal Opportunity and Civil Rights (OEOCR), CMS.
    b. Telephone: 410-786-3274
    c. Email: Ronza.Othman@cms.hhs.gov
4. RMO Name: Anita Pinder
    a. Title: Director – OEOCR, CMS
    b. Telephone: 410-785-5493
    c. Email: Anita.Pinder@cms.hhs.gov
5. Witness Name: None Listed
    a. Title:
    b. Telephone:
    c. Email:
6. Representative Name: None Listed
    a. Title:
    b. Telephone:
    c. Email:
    d. Address:

**Chronology of EEO Counseling Activities:**

7. Date of Initial Contact with EEO Office: June 27, 2024
8. Intake Interview: July 18, 2024
9. Date of Initial Interview with EEO Counselor: August 2, 2024
10. Date of Alleged Discriminatory Incident: June 3, 2024
    a. 45th day after Event: July 18, 2024
    b. Reason for delayed contact, if applicable:
11. Mediation/ADR
    a. Date advised of opportunity to participate: July 18, 2024; August 2, 2024
    b. Date agreed to participate in ADR, if applicable: N/A

Openden, Yona                                    Case # HHS-HHS-00526-2024

> i.   Date mediation completed:
> ii.  Date mediation cancelled:
> c.   Date AP declined to participate in ADR, if applicable: July 18, 2024; August 2, 2024

12. Date of second interview, if applicable: September 5, 2024
13. Date of Final Interview/notice: September 5, 2024
14. Date Notice of Right to File Issued: September 11, 2024
15. Date of Receipt of Formal Complaint: September 24, 2024
> a.   Fifteenth day following receipt of formal complaint: October 9, 2024
> b.   Date Counselor's Report submitted for review: September 27, 2024
> c.   Date Counselor's Report submitted to AP:  October 2, 2024

## Basis(es) for Alleged Discrimination

16. Basis(es) for Alleged Discrimination:
> a.   Race: Yes– Jewish
> b.   Color:
> c.   National Origin: Yes -Israeli American
> d.   Sex:
> e.   Age:
> f.   Disability:
> g.   Religion: Yes - Jewish
> h.   Reprisal:

## Narrative Explanation of Allegation of Discrimination

On June 3, 2024, the AP watched a video distributed by the Centers for Medicare and Medicaid Services (CMS), featuring management official (RMO) Ronza Othman, in which Ms. Othman was allegedly wearing a keffiyeh displaying a symbol of violence against Jewish persons.

AP also alleges that on an unspecified date, the AP learned that Ms. Othman googled AP and called her an "Israeli Defense Force supporter."

## Remedies Requested

The AP request the following remedies to resolve the complaint:

The Agency must revisit its anti-harassment policy enforcement and make needed changes, including: (1) setting a specific code of conduct for EEO staff which would require EEO employees to reach out to individuals if they hear about discrimination; (2) establishing a clearer process for filing an EEO complaint if there is a real or perceived conflict within the Agency EEO office; and (3) EEO staff should not be allowed to invoke First Amendment protections with regards to conduct in the workplace. AP adds that she would like Ms. Othman to resign or be removed from her position.

The AP would also like an apology from Ms. Othman

Openden, Yona                                                          Case # HHS-HHS-00526-2024

AP also believes that Anita Pinder needs additional training to ensure she handles future potential incidents appropriately.

**Narrative Summary of Counselor's Inquiry**

Initial Interview:

An initial interview was held with the Aggrieved Person (AP) on August 2, 2024. According to the AP, CMS (the Agency) distributed a video interview of Responsible Management Official (RMO) Ronza Othman. The AP saw this video on June 3, 2024. In the video, Ms. Othman was wearing a keffiyeh that contained the depiction of a map of Israel with the colors of the Palestinian flag overlaid. The keffiyeh also allegedly included a symbol of a red hand, which according to the AP, references an incident in which Israeli nationals were murdered by terrorist group members who held up bloody hands following the murder. According to the AP, the bloody hand symbol is a symbol of resistance to the Israeli state and the right of Israel to exist. According to the AP, this symbol is extremely offensive, as it glorifies the murder of other persons due to their national origin and/or religion. The AP states that she initially thought that Ms. Othman was wearing the keffiyeh with the alleged symbol out of ignorance and not intentionally to offend.

According to AP, on June 5, 2024, after receiving complaints about the video, Agency management and the Office of General Counsel (OGC) took the video down.

On June 6, 2024, the AP sent an email/open letter to CMS management indicating that the alleged symbol on the keffiyeh was offensive. The email/open letter was sent to Jon Blum, the Principal Deputy Director & Chief Operating Officer, CMS, and the following people were carbon copied: John Czajkowski, Deputy Chief Operating Officer, and Anita Pinder, Chief Diversity Officer and Director of the Office of Equal Opportunity and Civil Rights (OEOCR). The AP received a response from Mr. Blum the same day, in which he thanked her for bringing it to his attention.

According to AP, on June 27, 2024, Mr. Blum reached back out for a follow-up held a talking session between the AP, other concerned individuals, and Agency management on July 11, 2024. Appearing at the listening session on behalf of the Agency was Jon Blum and Anita Pinder. According to the AP, Ms. Pinder did not turn on her camera during the meeting, which made the AP and other individuals at the meeting question her objectivity. Additionally, the AP stated that Ms. Pinder's responses to the issue were inappropriate. Specifically, the AP alleges that Ms. Pinder's responses only seemed to focus on protecting Ms. Othman, rather than listening and understanding the issue raised by the AP. The AP states that she left the meeting feeling that Ms. Pinder was unable to be appropriately responsive to this issue.

According to the AP, after the video was removed by CMS, Ms. Othman went on social media to complain about how her (Ms. Othman's) religious rights were being infringed by the Agency due to removal of the video. Additionally, the AP stated that Ms. Othman's profile picture was changed to a screen shot from the video, which the AP interpreted as being intentionally provocative.

Openden, Yona                                              Case # HHS-HHS-00526-2024

The AP stated that based on these incidents, she does not trust Ms. Othman's integrity, judgment, and impartiality related to EEO cases involving a Jewish complainant. The AP added that given Ms. Othman's position within the Agency related to the EEO process, the imperative to maintain the appearance of neutrality is extremely important and her actions have negated that appearance of neutrality. The AP ended the discussion with the statement that due to Ms. Othman's alleged biases, the AP does not feel that she can bring any future EEO complaint to the Agency's EEO office.

RMO Response: An EEO Counselor interviewed Ronza Othman on August 7, 2024. Ronza Othman (GS-15) is the Director of the EEO Compliance Group, Office of Equal Opportunity and Civil Rights (OEOCR), Centers for Medicare & Medicaid Services.  Othman served in an acting Director role since October 1, 2016. Served in full capacity since March 2019. Othman's first-level supervisor is Anita Pinder, Chief Diversity Officer and Director, OEOCR. Othman's second-level supervisor is Chiquita Brooks-LaSure, Administrator, CMS.

Othman's Response to Aggrieved Persons (AP) Allegations:

Othman patently and unequivocally denies being antisemitic or wearing any antisemitic symbols and herself identities as a "semitic" individual because semitic individuals include Arabs and those from the Middle East.  Othman acknowledged participating in the interview which was intended to recognize CMS managers with interesting stories or backgrounds, or those at the highest level of leadership. Othman stated that she was selected for this recognition due to her work in the disability rights space and overcoming barriers as a marginalized individual from various under-represented demographic groups.  Othman recalls the video being recorded on May 16, 2024.

Othman is a Muslim and Palestinian refugee whose family has been displaced three times from Palestinian lands because of the State of Israel building illegal settlements. Othman and her family have been subjected to violence at the hands of Israeli soldiers.   Othman asserts that the "keffiyeh" (Huttah) she wears is a symbol of her national origin which has been worn in her family for years. Othman denies that the symbol is antisemitic or otherwise stands for hatred or violence toward any group. Othman describes the keffiyeh as reflecting two fingers held in a peace sign over a map of Palestine, not a red hand. Othman asserts that two fingers held up is a global peace symbol that could be held up by people in multiple colors and designs. The keffiyeh reflects the word "Alqudas" which refers to "Jerusalem" in Arabic. Othman recalls purchasing the keffiyeh in Chicago in 2021 in preparation for a family wedding. Palestinian flag colors are red, white, black and green. The shop carried keffiyeh with peace signs in various colors.  Othman has never perceived keffiyeh as symbolizing anything other than peace, her Palestinian national origin, and a homage to her family.

Othman has worn the keffiyeh every day since October 7, 2023, as a symbol of hope. Othman has lost over 60 friends and relatives due to the war in Gaza, and several others are still not accounted for.   Othman recalls wearing the same keffiyeh in various public places including while taking a picture with the Governor and in a meeting with Vice President Kamala Harris, and never heard any assertion that anyone in those spaces believed it to be a symbol of hate or anything other than Palestinian pride.

Openden, Yona                                                    Case # HHS-HHS-00526-2024

Othman is disturbed by AP's allegations. Othman was unaware of a "red victory hand," "red hand," or any references to a symbol of resistance, prior to learning of AP's allegations.  Othman was unaware of any reference to a 2000 "Ramaala Lynching" until this EEO Counseling session. Othman has dedicated her life and career to civil rights and advocating for all groups and had Othman unknowingly wore a full red hand, she would have been horrified to learn what the symbol meant to others, even if she disagreed with the meaning they attributed to it. Othman finds it unfair and disturbing that one group can dictate the meaning of another group's symbol of national origin. People outside of Othman's protected group should not have the ability to decide what Palestinian symbols – those warn for decades and prior to Othman's birth at her parents wedding - mean. Othman categorically denies that the keffiyeh she wears is antisemitic or a symbol of hate.

Othman states that she does not know the AP and wishes AP would have come to her and had a conversation about what occurred, as it would have created an opportunity for learning about the symbol and why it is important. Othman is willing to sit down with any of the employees to discuss their concerns.

Othman indicated that on her Facebook page, she used a picture of her that was taken on the same day as the recording of the "Coffee With" video because she had her makeup done professionally that day, and she typically does not wear makeup or take individual pictures.  She indicated she wanted to post a more recent picture of herself because the one that was posted previously was over a decade old.

Since October 7, 2023, Othman asserts that she has continued to advocate for the civil rights of HHS employees, included Jewish employees, despite any differences in opinion concerning the war in Gaza. Othman shares that the EEO process is open to every employee, notwithstanding their beliefs, experiences, and any other factors.  She asserts that she and her staff are well trained to be neutral when processing complaints, that they themselves come from a myriad of backgrounds, including several who are themselves Jewish, and that they work hard every day to ensure every person in the EEO process is treated with fairness, dignity, and respect.

Othman indicates she was not involved or aware of the AP's concerns or the AP's contact with the CMS EEO functions until recently.  Othman asserted that the conflict-of-interest process worked exactly the way it was supposed to in that if individuals name Othman or Pinder directly as having taken the complained-of actions, the staff know to implement safeguards and use previously established firewalls to ensure anonymity, confidentiality, high quality service,  and the integrity of the EEO complaints process.

Othman indicated that it is CMS who must decide if a case is a conflict of interest for or not before it can be assigned to the conflict-of-interest office because some individuals believe a complaint wherein the Administrator is in the management chain, even if seven levels above the individual who took the complained of action, would constitute a conflict of interest complaint, which such a case is not.

Othman adds that OEOCR has a protocol that they don't turn on our cameras, and turning on cameras is not required by CMS.  Our protocol not to turn on cameras is because we encounter many individuals in our own office and across the enterprise, who have disabilities and religious

Openden, Yona                                        Case # HHS-HHS-00526-2024

beliefs for which camera use is problematic. These include individuals who have disabilities including blindness, focus and attention limitations, and those who wear religious head coverings and wigs. In fact, our office model's behavior to not turn on cameras because we believe this is more inclusive and equitable for all.

An EEO Counselor interview Anita Pinder on August 8, 2024. Anita Pinder is the Chief Diversity Officer and Director of the Office of Equal Opportunity and Civil Rights (OEOCR) at CMS; SES. Pinder manages the Equal Employment Opportunity (EEO) program for CMS. Pinder has been the EEO director since 2012. Jonathan Blum, Deputy Principal Administrator and Chief Operating Officer and Chiquita Brooks, CMS Administrator, are her first and second level supervisors.

Pinder's Response to Aggrieved Persons (AP) Allegations:

On June 5, 2024, the same day that Pinder began receiving inquiries regarding the video, Pinder met with the John Czajkowski, CMS's Deputy Chief Operating Officer, who made the decision to take the video down. Czajkowski determined the video would come down while the agency looked into the matter and to limit the level of disruption in the organization.

Additionally, according to Pinder, after learning of the concerns of others and AP's concerns, Pinder conducted research regarding the symbol at issue. Pinder's research (and that of the Office of General Council (OGC)) indicated that the "red hand" that symbolizes violence against Jewish people was a full red hand with an open palm. However, according to Pinder, the symbol worn by Othman featured a red hand with two fingers in a "V" shape, which is distinct from the red hand used to connote Jewish blood and/or killing. While Pinder understands AP's concerns and the similarities in the two symbols, neither Pinder nor OGC could find information indicating that the two symbols were synonymous. Pinder relied on the advice and guidance of OGC throughout the matter.

On June 6, 2024, AP sent a letter to the Administrator, Jon Blum, CMS Principal Deputy Administrator, and Pinder expressing concerns about the video and Othman's actions. Blum responded and subsequently chaired the meeting on July 11, 2024, to better understand AP concerns and to the extent possible share what actions the agency had taken to address the matter.

Pinder attended the meeting on or about July 11, 2024. Pinder admits that she did not apologize for Othman's action. Pinder did not apologize in an effort to balance the rights of both parties. Pinder asserts that apologizing could lead to an inference of wrongdoing and create the implication that a personnel action is involved, which would be a confidential matter. Management is unable to discuss personnel matters including those related to possible, potential, or actual employee discipline or wrongdoing in open forums. Similarly, whether or not Othman's actions were a violation of any Agency policy or standards of conduct, was also inappropriate for discussion in that setting. Pinder asserts that she said very little, if anything at all, about the actions of Othman. The topics directed to her were primarily about the neutrality of the CMS EEO office, AP's concerns about interacting with staff from the CMS EEO office, and methods for AP to file an EEO complaint without engaging the CMS EEO office. While Pinder did express confidence in

Openden, Yona                                              Case # HHS-HHS-00526-2024

her staff to appropriately refer conflict EEO matters, she also provided information for AP to use in contacting the HHS EEO office.

Pinder does not recall speaking directly about the actions of Othman. Pinder does recall that information was conveyed to meeting participants that any information concerning potential personnel actions could not be shared in that forum as personnel matters are confidential.

Pinder admits to not having her camera on at the meeting. Pinder asserts that her not utilizing her camera was not in an effort to minimize the concerns raised and was not an indication of her assessment of the importance of the concerns raised.  Pinder indicates that she was alone in her home during the meeting.

Final Interview:

A second and final interview with the AP took place on September 5, 2024.  AP was provided with management's responses to her allegations.  AP stated that she did not find management's responses persuasive, and wished to move forward with a formal complaint.

During the interview, the AP discussed an incident related to alleged statements made by Ms. Othman, made on an unknown day. According to the AP, she was contacted by an anonymous individual, who had themselves been contacted by an anonymous individual in relaying the events of this alleged incident.  According to the AP (based on what she was told), when Ms. Othman received notice of the open letter, she (Othman) became very nervous and scared. Ms. Othman then made a statement that the AP was an Israeli Defense Force (IDF) supporter. The AP believes that this accusation may have originated due to past social media posts related to the procurement of a drone for an acquaintance in the IDF following the October 7, 2023, attacks in Israel. The AP believes Ms. Othman googled her to determine this information.

**Summary of Informal Resolution Attempt**

AP elected traditional counseling.

**Documents Provided by AP/Reviewed by Counselor**

Counseling intake form.

**Counselor's Certification**

The Aggrieved Person has been informed of all the applicable rights and responsibilities contained in the attachments.  In addition, after the final interview, a written Notice of Right to File a Discrimination Complaint was emailed to the Aggrieved.

    Steven C. Hilburn                          816-599-3304
_____    _____
    Name of EEO Counselor                       Telephone Number

Openden, Yona                                           Case # HHS-HHS-00526-2024

330 C Street, SW, Suite 2500
Washington, D.C. 20201

*Steven C. Hilburn*
_____                    _____
Signature of Counselor                               Office Address

October 2, 2024
_____
Date

ATTACHMENTS: